# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEVANTE NICKOLIE STEPHAN YOUNG,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE** and
**RAVEN MEREDITH SMITH,**
Appellees.

No. 4D2023-1831

[April 25, 2024]

Appeal from the State of Florida, Department of Revenue; L.T. Case Nos. 2001891107 and 56230000640DR.

Devante Nickolie Stephan Young, West Palm Beach, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***